

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00610-CV

**IN THE INTEREST OF S.M.R.**, S.L.R. and S.I.R.

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00851
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's Nunc Pro Tunc Order of Termination is AFFIRMED. No costs of appeal are assessed against appellants.

SIGNED March 14, 2018.

_____
Karen Angelini, Justice